## Commonwealth *v.* Gilchrist, Appellant.

Be-

fore BLOOM, J.

Argued December 9, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.